IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENADIUM LLC,<br><br>               Plaintiff,<br><br>     v.<br><br>NOVARTIS CAPITAL CORPORATION,<br><br>               Defendant. | Civil Action No. 1:17-cv-899-LPS-CJB |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that all claims asserted by the Plaintiff in the above-captioned action are hereby dismissed with prejudice, by agreement of the parties, pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own costs, expenses and attorneys' fees.

Dated: March 2, 2018

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MCCARTER & ENGLISH, LLP |
| /s/ *Timothy Devlin*<br>Timothy Devlin (No. 4241)<br>James A. Lennon (No. 4570)<br>1306 N. Broom Street, 1st Floor<br>Wilmington, DE 19806<br>(302) 449-9010<br>tdevlin@devlinlawfirm.com<br><br>*Attorneys for Plaintiff*<br>*Venadium LLC* | */s/ Daniel M. Silver*<br>Daniel M. Silver (#4758)<br>Benjamin A. Smyth (#5528)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>bsmyth@mccarter.com<br><br>*Attorneys for Defendant*<br>*Novartis Capital Corporation* |

-2-

**SO ORDERED THIS** \_\_\_\_ day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Timothy Devlin*
Timothy Devlin